# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00022-CV

**Diana L. Morris a/k/a Diana Aguilar and Phillip Morris, Appellants**

**v.**

**Juan Aguilar and Margarita Aguilar, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-FM-98-000103, HONORABLE DERWOOD JOHNSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to stay, arguing that they cannot proceed in this appeal until the issues raised in a related appeal, cause number 03-08-00078-CV, are concluded. We issued an opinion in cause number 03-08-00078-CV, appellant Diana Morris filed a motion for extension of time to seek discretionary review in the supreme court, and the supreme court granted Morris an extension of time. We therefore grant appellants' motion and abate this appeal until the supreme court has resolved the related cause. Once the supreme court has taken action in that cause, we will reinstate this cause on our docket.

_____

David Puryear,  Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Abated

Filed:   October 26, 2010